NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOSEPH KEEFE and MARGUERITE KEEFE, et al.,**
*Plaintiffs-Appellants,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2008-5116, -5118, -5119, -5120, -5121, -5122, -5123,
-5124, -5125, -5126, -5127, -5128, -5130, -5131, -5132,
-5133, -5134, -5135, -5136, -5137, -5138, -5140, -5141,
-5142, -5143, -5144, -5145, -5146, -5147, -5148, -5149,
-5150, -5151, -5152, -5154, -5155, -5156, -5157, -5158,
-5159, -5160, -5161, -5162, -5163, -5164, -5165, -5166,
-5167, -5168, -5169, -5170, -5171, and -5172

---

Appeals from the United States Court of Federal Claims in various cases, Judge Lawrence J. Block.

---

**ON MOTION**

---

**O R D E R**

The United States moves to consolidate the above-captioned appeals for further proceedings.* The appellants oppose. The United States replies.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted to the extent that when each side files its response as directed by the court's June 22, 2009 order, the response must be combined to include all of the above-captioned cases. Each side's response should use the combined caption indicated above, for purposes of filing the combined response. Each side's combined response should not exceed 30 pages. Each side must provide sufficient copies to the clerk's office to allow a copy for each case file and three additional copies for use by the court, i.e., 56 copies.

(2) Dispositive motions may also be filed by using the combined caption indicated above, if appropriate, or by using the separate captions for the cases. Any dispositive motions are due within the time for filing the responses as directed by the court's June 22, 2009 order. The time for filing a response to a dispositive motion is governed by Fed. R. App. P. 27(a)(3)(A). If a dispositive motion is filed using the combined caption, then the single response to that motion must also use the combined caption. If a dispositive motion is filed using the combined caption, then each side must provide sufficient copies to the clerk's office to allow a copy for each case file and three additional copies for use by the court.

---

* Solely for purposes of this order and the responses, the court has combined the captions for the various appeals and otherwise abbreviated the caption. The cases are not consolidated and the official captions have not been revised.

(3)  The cases are not consolidated.

FOR THE COURT

__JUN 1 0 2010__                          /s/ Jan Horbaly
Date                                       Jan Horbaly
                                           Clerk

cc:  Sallie W. Gladney, Esq.
     Deborah K. Snyder, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 0 2010

JAN HORBALY
CLERK